# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  GLENN BAUDER	:	CHAPTER 13
	:
**Debtor**	:	NO. 25-11814

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **June 5, 2025** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____ J.

**Date: May 22, 2025**