ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/05/2025 |
| Period End Date | 05/11/2025 |
| Pay Date | 05/15/2025 |
| Document | 191381943 |
| **Net Pay** | **$960.48** |

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | | Segment | PC - Precision |
| Pay Rate | $24.7688 | | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | 0.000000 | $0.0000 | $0.00 | $119.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 10.790000 | $37.1532 | $400.88 | $6,670.76 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $1,103.59 |
| Regular Pay | 40.000000 | $24.7688 | $990.75 | $16,583.24 |

Total Hours 50.790000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,391.63 | Yes | $83.50 | $963.43 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $218.00 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $23.00 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $1,240.60 | $144.00 | $2,880.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $57.00 | $4.92 | $98.40 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $35.00 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $254.00 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $33.28 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $6.96 | $127.30 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $55.67 | $856.63 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $16.00 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $13.80 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,228.80 | $98.82 | $1,802.51 |
| Employee Medicare | $1,312.30 | $19.03 | $347.87 |
| Social Security Employee Tax | $1,312.30 | $81.36 | $1,487.43 |
| PA State Income Tax | $1,312.30 | $40.29 | $736.53 |
| LOWER MORELAND | $1,312.30 | $13.12 | $239.92 |
| LOWER MORELAND TWP | $1,312.30 | $1.00 | $20.00 |
| PA Unemployment Employee | $1,391.63 | $0.97 | $17.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 47.9600 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $900.48 |
| Total | | $960.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,391.63 | $1,228.80 | $254.59 | $176.56 | **$960.48** |
| YTD | $25,577.43 | $23,027.40 | $4,652.16 | $2,824.31 | $18,100.96 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 05/09/2025 |
| Period End Date | 05/09/2025 |
| Pay Date | 05/09/2025 |
| Document | 189279813 |
| **Net Pay** | **$78.79** |

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

## Pay Details

GLENN BAUDER
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | Pay Group | JEC Weekly | |
| SSN | XXX-XX-XXXX | Location | PHILADELPHIA | |
| Job | Tool Crib Attendant 1 | Segment | PC - Precision | |
| Pay Rate | $24.7688 | Department | INDIR - Other Indirect | |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Bonus | | | $119.00 | $119.00 |
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 0.000000 | $0.0000 | $0.00 | $6,269.88 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $1,103.59 |
| Regular Pay | 0.000000 | $0.0000 | $0.00 | $15,592.49 |

Total Hours 0.000000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $0.00 | Yes | $0.00 | $879.93 | $0.00 | $0.00 |
| 401k Loan | $0.00 | No | $0.00 | $207.10 | $0.00 | $0.00 |
| Accident | $0.00 | No | $0.00 | $21.85 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $0.00 | $1,178.57 | $0.00 | $2,736.00 |
| Dental Plus | $0.00 | Yes | $0.00 | $54.15 | $0.00 | $93.48 |
| EyeMed Vision | $0.00 | Yes | $0.00 | $33.25 | $0.00 | $0.00 |
| FSA - Medical | $0.00 | Yes | $0.00 | $241.30 | $0.00 | $0.00 |
| Vol Life EE | $0.00 | No | $0.00 | $31.60 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $0.00 | $120.34 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $0.00 | $800.96 |
| GTL/ADD Hourly | $0.00 | No | $0.00 | $0.00 | $0.00 | $15.20 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.00 | $13.11 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $119.00 | $26.18 | $1,703.69 |
| Employee Medicare | $119.00 | $1.73 | $328.84 |
| Social Security Employee Tax | $119.00 | $7.38 | $1,406.07 |
| PA State Income Tax | $119.00 | $3.65 | $696.24 |
| LOWER MORELAND | $119.00 | $1.19 | $226.80 |
| LOWER MORELAND TWP | $119.00 | $0.00 | $19.00 |
| PA Unemployment Employee | $119.00 | $0.08 | $16.93 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 0.0000 | 45.1900 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $18.79 |
| Total | | $78.79 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $119.00 | $119.00 | $40.21 | $0.00 | $78.79 |
| YTD | $24,185.80 | $21,798.60 | $4,397.57 | $2,647.75 | $17,140.48 |

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

**Pay Statement**
Period Start Date 04/28/2025
Period End Date 05/04/2025
Pay Date 05/08/2025
Document 187892514
Net Pay **$943.64**

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | |
|---|---|
| Employee Number | 002111 |
| SSN | XXX-XX-XXXX |
| Job | Tool Crib Attendant 1 |
| Pay Rate | $24.7688 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | JEC Weekly |
| Location | PHILADELPHIA |
| Segment | PC - Precision |
| Department | INDIR - Other Indirect |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 9.700000 | $37.1532 | $360.39 | $6,269.88 |
| Paid Time Off | 8.000000 | $24.7688 | $198.15 | $1,103.59 |
| Regular Pay | 32.000000 | $24.7688 | $792.60 | $15,592.49 |

Total Hours 49.700000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,351.14 | Yes | $67.56 | $879.93 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $207.10 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $21.85 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $1,178.57 | $144.00 | $2,736.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $54.15 | $4.92 | $93.48 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $33.25 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $241.30 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $31.60 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $6.76 | $120.34 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $54.05 | $800.96 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $15.20 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $13.11 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,204.25 | $95.88 | $1,677.51 |
| Employee Medicare | $1,271.81 | $18.44 | $327.11 |
| Social Security Employee Tax | $1,271.81 | $78.85 | $1,398.69 |
| PA State Income Tax | $1,271.81 | $39.04 | $692.59 |
| LOWER MORELAND | $1,271.81 | $12.72 | $225.61 |
| LOWER MORELAND TWP | $1,271.81 | $1.00 | $19.00 |
| PA Unemployment Employee | $1,351.14 | $0.95 | $16.85 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 45.1900 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $883.64 |
| Total | | $943.64 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,351.14 | $1,204.25 | $246.88 | $160.62 | **$943.64** |
| YTD | $24,066.80 | $21,679.60 | $4,357.36 | $2,647.75 | $17,061.69 |

**ALIGN PRECISION - PHILADELPHIA, LLC**
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

**Pay Statement**
Period Start Date 04/21/2025
Period End Date 04/27/2025
Pay Date 05/01/2025
Document 186566323
**Net Pay** **$1,012.22**

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | |
|---|---|
| Employee Number | 002111 |
| SSN | XXX-XX-XXXX |
| Job | Tool Crib Attendant 1 |
| Pay Rate | $24.7688 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | JEC Weekly |
| Location | PHILADELPHIA |
| Segment | PC - Precision |
| Department | INDIR - Other Indirect |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 12.270000 | $37.1532 | $455.87 | $5,909.49 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $905.44 |
| Regular Pay | 40.000000 | $24.7688 | $990.75 | $14,799.89 |

Total Hours  52.270000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,446.62 | Yes | $72.33 | $812.37 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $196.20 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $20.70 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $1,116.54 | $144.00 | $2,592.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $51.30 | $4.92 | $88.56 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $31.50 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $228.60 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $29.92 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $7.23 | $113.58 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $57.86 | $746.91 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $14.40 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $12.42 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,294.96 | $106.76 | $1,581.63 |
| Employee Medicare | $1,367.29 | $19.82 | $308.67 |
| Social Security Employee Tax | $1,367.29 | $84.77 | $1,319.84 |
| PA State Income Tax | $1,367.29 | $41.98 | $653.55 |
| LOWER MORELAND | $1,367.29 | $13.67 | $212.89 |
| LOWER MORELAND TWP | $1,367.29 | $1.00 | $18.00 |
| PA Unemployment Employee | $1,446.62 | $1.01 | $15.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 50.4200 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $952.22 |
| Total | | $1,012.22 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,446.62 | $1,294.96 | $269.01 | $165.39 | $1,012.22 |
| YTD | $22,715.66 | $20,475.35 | $4,110.48 | $2,487.13 | $16,118.05 |

**ALIGN PRECISION - PHILADELPHIA, LLC**
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/14/2025 |
| Period End Date | 04/20/2025 |
| Pay Date | 04/24/2025 |
| Document | 185390420 |
| **Net Pay** | **$964.97** |

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | Pay Group | JEC Weekly | |
| SSN | XXX-XX-XXXX | Location | PHILADELPHIA | |
| Job | Tool Crib Attendant 1 | Segment | PC - Precision | |
| Pay Rate | $24.7688 | Department | INDIR - Other Indirect | |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 10.500000 | $37.1532 | $390.11 | $5,453.62 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $905.44 |
| Regular Pay | 40.000000 | $24.7688 | $990.75 | $13,809.14 |

Total Hours  50.500000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,380.86 | Yes | $69.04 | $740.04 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $185.30 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $19.55 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $1,054.51 | $144.00 | $2,448.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $48.45 | $4.92 | $83.64 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $29.75 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $215.90 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $28.24 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $6.90 | $106.35 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $55.23 | $689.05 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $13.60 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $11.73 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,232.49 | $99.26 | $1,474.87 |
| Employee Medicare | $1,301.53 | $18.88 | $288.85 |
| Social Security Employee Tax | $1,301.53 | $80.70 | $1,235.07 |
| PA State Income Tax | $1,301.53 | $39.96 | $611.57 |
| LOWER MORELAND | $1,301.53 | $13.02 | $199.22 |
| LOWER MORELAND TWP | $1,301.53 | $1.00 | $17.00 |
| PA Unemployment Employee | $1,380.86 | $0.97 | $14.89 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 47.6500 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $904.97 |
| Total | | $964.97 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,380.86 | $1,232.49 | $253.79 | $162.10 | $964.97 |
| YTD | $21,269.04 | $19,180.39 | $3,841.47 | $2,321.74 | $15,105.83 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/07/2025 |
| Period End Date | 04/13/2025 |
| Pay Date | 04/17/2025 |
| Document | 184148033 |
| **Net Pay** | **$1,005.27** |

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | Segment | PC - Precision |
| Pay Rate | $24.7688 | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 12.010000 | $37.1532 | $446.21 | $5,063.51 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $905.44 |
| Regular Pay | 40.000000 | $24.7688 | $990.75 | $12,818.39 |

Total Hours 52.010000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,436.96 | Yes | $71.85 | $671.00 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $174.40 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $18.40 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $992.48 | $144.00 | $2,304.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $45.60 | $4.92 | $78.72 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $28.00 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $203.20 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $26.56 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $7.18 | $99.45 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $57.48 | $633.82 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $12.80 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $11.04 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,285.78 | $105.66 | $1,375.61 |
| Employee Medicare | $1,357.63 | $19.68 | $269.97 |
| Social Security Employee Tax | $1,357.63 | $84.17 | $1,154.37 |
| PA State Income Tax | $1,357.63 | $41.68 | $571.61 |
| LOWER MORELAND | $1,357.63 | $13.58 | $186.20 |
| LOWER MORELAND TWP | $1,357.63 | $1.00 | $16.00 |
| PA Unemployment Employee | $1,436.96 | $1.01 | $13.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 44.8800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $945.27 |
| Total | | $1,005.27 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,436.96 | $1,285.78 | $266.78 | $164.91 | $1,005.27 |
| YTD | $19,888.18 | $17,947.90 | $3,587.68 | $2,159.64 | $14,140.86 |

**Pay Statement**

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

| | |
|---|---|
| Period Start Date | 03/31/2025 |
| Period End Date | 04/06/2025 |
| Pay Date | 04/10/2025 |
| Document | 183026499 |
| **Net Pay** | **$1,016.62** |

## Pay Details

GLENN BAUDER
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | | Segment | PC - Precision |
| Pay Rate | $24.7688 | | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 11.500000 | $37.1532 | $427.26 | $4,617.30 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $905.44 |
| Regular Pay | 40.000000 | $24.7688 | $990.75 | $11,827.64 |

Total Hours 51.500000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k ÷ CU | $1,418.01 | Yes | $42.54 | $599.15 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $163.50 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $17.25 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $930.45 | $144.00 | $2,160.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $42.75 | $4.92 | $73.80 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $26.25 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $190.50 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $24.88 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $7.09 | $92.27 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $42.54 | $576.34 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $12.00 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $10.35 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,296.14 | $106.90 | $1,269.95 |
| Employee Medicare | $1,338.68 | $19.41 | $250.29 |
| Social Security Employee Tax | $1,338.68 | $83.00 | $1,070.20 |
| PA State Income Tax | $1,338.68 | $41.10 | $529.93 |
| LOWER MORELAND | $1,338.68 | $13.39 | $172.62 |
| LOWER MORELAND TWP | $1,338.68 | $1.00 | $15.00 |
| PA Unemployment Employee | $1,418.01 | $0.99 | $12.91 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 42.1100 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $956.62 |
| Total | | $1,016.62 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,418.01 | $1,296.14 | $265.79 | $135.60 | $1,016.62 |
| YTD | $18,451.22 | $16,662.12 | $3,320.90 | $1,994.73 | $13,135.59 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/24/2025 |
| Period End Date | 03/30/2025 |
| Pay Date | 04/03/2025 |
| Document | 181685291 |
| **Net Pay** | **$837.09** |

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | | Segment | PC - Precision |
| Pay Rate | $22.9341 | | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 7.460000 | $34.4012 | $256.63 | $4,190.04 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $905.44 |
| Regular Pay | 40.000000 | $22.9341 | $917.37 | $10,836.89 |

Total Hours  47.460000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,174.00 | Yes | $35.22 | $556.61 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $152.60 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $16.10 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $868.42 | $144.00 | $2,016.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $39.90 | $4.92 | $68.88 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $24.50 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $177.80 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $23.20 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $5.87 | $85.18 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $35.22 | $533.80 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $11.20 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $9.66 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,059.45 | $78.50 | $1,163.05 |
| Employee Medicare | $1,094.67 | $15.88 | $230.88 |
| Social Security Employee Tax | $1,094.67 | $67.87 | $987.20 |
| PA State Income Tax | $1,094.67 | $33.61 | $488.83 |
| LOWER MORELAND | $1,094.67 | $10.95 | $159.23 |
| LOWER MORELAND TWP | $1,094.67 | $1.00 | $14.00 |
| PA Unemployment Employee | $1,174.00 | $0.82 | $11.92 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 39.3400 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $777.09 |
| Total | | $837.09 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,174.00 | $1,059.45 | $208.63 | $128.28 | **$837.09** |
| YTD | $17,033.21 | $15,365.98 | $3,055.11 | $1,859.13 | $12,118.97 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/17/2025 |
| Period End Date | 03/23/2025 |
| Pay Date | 03/27/2025 |
| Document | 180429734 |
| **Net Pay** | **$970.23** |

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | | Segment | PC - Precision |
| Pay Rate | $22.9341 | | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 12.720000 | $34.4012 | $437.58 | $3,933.41 |
| Paid Time Off | 0.000000 | $0.0000 | $0.00 | $905.44 |
| Regular Pay | 40.000000 | $22.9341 | $917.37 | $9,919.52 |

Total Hours 52.720000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,354.95 | Yes | $40.65 | $521.39 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $141.70 | $0.00 | -$0.00 |
| Accident | $0.00 | No | $1.15 | $14.95 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $806.39 | $144.00 | $1,872.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $37.05 | $4.92 | $63.96 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $22.75 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $165.10 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $21.52 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $6.77 | $79.31 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $40.65 | $498.58 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $10.40 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $8.97 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,234.97 | $99.56 | $1,084.55 |
| Employee Medicare | $1,275.62 | $18.49 | $215.00 |
| Social Security Employee Tax | $1,275.62 | $79.09 | $919.33 |
| PA State Income Tax | $1,275.62 | $39.16 | $455.22 |
| LOWER MORELAND | $1,275.62 | $12.76 | $148.28 |
| LOWER MORELAND TWP | $1,275.62 | $1.00 | $13.00 |
| PA Unemployment Employee | $1,354.95 | $0.95 | $11.10 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 36.5700 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $910.23 |
| Total | | $970.23 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,354.95 | $1,234.97 | $251.01 | $133.71 | $970.23 |
| YTD | $15,859.21 | $14,306.53 | $2,846.48 | $1,730.85 | $11,281.88 |

**ALIGN PRECISION - PHILADELPHIA, LLC**
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/10/2025 |
| Period End Date | 03/16/2025 |
| Pay Date | 03/20/2025 |
| Document | 179226349 |
| **Net Pay** | **$655.39** |

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | Segment | PC - Precision |
| Pay Rate | $22.9341 | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 0.280000 | $34.4012 | $9.63 | $3,495.83 |
| Paid Time Off | 8.350000 | $22.9341 | $191.50 | $905.44 |
| Regular Pay | 31.650000 | $22.9341 | $725.87 | $9,002.15 |

Total Hours 40.280000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $927.00 | Yes | $27.81 | $480.74 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $130.80 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $13.80 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $744.36 | $144.00 | $1,728.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $34.20 | $4.92 | $59.04 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $21.00 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $152.40 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $19.84 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $4.64 | $72.54 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $27.81 | $457.93 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $9.60 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $8.28 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $819.86 | $49.75 | $984.99 |
| Employee Medicare | $847.67 | $12.29 | $196.51 |
| Social Security Employee Tax | $847.67 | $52.55 | $840.24 |
| PA State Income Tax | $847.67 | $26.02 | $416.06 |
| LOWER MORELAND | $847.67 | $8.48 | $135.52 |
| LOWER MORELAND TWP | $847.67 | $1.00 | $12.00 |
| PA Unemployment Employee | $927.00 | $0.65 | $10.15 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 33.8000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $595.39 |
| Total | | $655.39 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $927.00 | $819.86 | $150.74 | $120.87 | **$655.39** |
| YTD | $14,504.26 | $13,071.56 | $2,595.47 | $1,597.14 | $10,311.65 |

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/03/2025 |
| Period End Date | 03/09/2025 |
| Pay Date | 03/13/2025 |
| Document | 177836959 |
| **Net Pay** | **$913.52** |

ALIGN PRECISION - PHILADELPHIA, LLC
3063A Philmont Avenue
Huntingdon Valley, PA 19006
714-337-8134

## Pay Details

**GLENN BAUDER**
901 MAIN AVE
CROYDON, PA 19021
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 002111 | | Pay Group | JEC Weekly |
| SSN | XXX-XX-XXXX | | Location | PHILADELPHIA |
| Job | Tool Crib Attendant 1 | | Segment | PC - Precision |
| Pay Rate | $22.9341 | | Department | INDIR - Other Indirect |
| Pay Frequency | Weekly | | | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Holiday | 0.000000 | $0.0000 | $0.00 | $1,100.84 |
| Overtime | 10.480000 | $34.4012 | $360.52 | $3,486.20 |
| Paid Time Off | 8.000000 | $22.9341 | $183.47 | $713.94 |
| Regular Pay | 32.000000 | $22.9341 | $733.89 | $8,276.28 |

Total Hours 50.480000

## Deductions

| Deduction | Based On | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| 401k + CU | $1,277.88 | Yes | $38.34 | $452.93 | $0.00 | $0.00 |
| 401k Loan | $10.90 | No | $10.90 | $119.90 | $0.00 | $0.00 |
| Accident | $0.00 | No | $1.15 | $12.65 | $0.00 | $0.00 |
| CIGNA PPO 2500 | $0.00 | Yes | $62.03 | $682.33 | $144.00 | $1,584.00 |
| Dental Plus | $0.00 | Yes | $2.85 | $31.35 | $4.92 | $54.12 |
| EyeMed Vision | $0.00 | Yes | $1.75 | $19.25 | $0.00 | $0.00 |
| FSA - Medical | $12.70 | Yes | $12.70 | $139.70 | $0.00 | $0.00 |
| Vol Life EE | $10,000.00 | No | $1.68 | $18.16 | $0.00 | $0.00 |
| 401k Discretion | $0.00 | No | $0.00 | $0.00 | $6.39 | $67.90 |
| 401k Match | $0.00 | No | $0.00 | $0.00 | $38.34 | $430.12 |
| GTL/ADD Hourly | $30,000.00 | No | $0.00 | $0.00 | $0.80 | $8.80 |
| STD Hourly | $0.00 | No | $0.00 | $0.00 | $0.69 | $7.59 |

## Taxes

| Tax | Based On | Current | YTD |
|---|---|---|---|
| Federal Income Tax | $1,160.21 | $90.59 | $935.24 |
| Employee Medicare | $1,198.55 | $17.38 | $184.22 |
| Social Security Employee Tax | $1,198.55 | $74.31 | $787.69 |
| PA State Income Tax | $1,198.55 | $36.80 | $390.04 |
| LOWER MORELAND | $1,198.55 | $11.99 | $127.04 |
| LOWER MORELAND TWP | $1,198.55 | $1.00 | $11.00 |
| PA Unemployment Employee | $1,277.88 | $0.89 | $9.50 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| PTO | 2.7700 | 39.3800 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxx5078 | Checking | $60.00 |
| xxxxxx2677 | Checking | $853.52 |
| Total | | $913.52 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,277.88 | $1,160.21 | $232.96 | $131.40 | $913.52 |
| YTD | $13,577.26 | $12,251.70 | $2,444.73 | $1,476.27 | $9,656.26 |