**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:
                                                        Case No. 25-11814-djb
                                                        Chapter 13

Glenn Bauder

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**, a Secured Creditor in the above styled

proceeding, hereby requests that all matters which must be noticed to creditors, any creditors'

committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the

Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to

FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Ste. 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: 215-572-8111
        Fax: 215-572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 11th day of May, 2026, to the following:

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com
*Attorney for Debtor(s)*

Kenneth E. West
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
*Chapter 13 Trustee*

United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Glenn Bauder
901 Main Avenue
Croydon, PA 19021

*Debtor(s)*

By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire