United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                          Case No. 25-11814-djb

Glenn Bauder                               Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Bauder, 901 Main Avenue, Croydon, PA 19021-6155 |
| 15008975 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc., c/o Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2026 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | May 29 2026 01:14:00 | Rocket Mortgage, LLC, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |
| cr | ^ | MEBN | May 29 2026 01:13:13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 15006207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:58 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15006208 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 29 2026 01:17:39 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15037060 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2026 01:14:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 15021448 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 29 2026 01:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15006210 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:17:41 | Jpmcb, Po Box 15369, Wilmington, DE 19850-5369 |
| 15006209 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:17:41 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15006212 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:46 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15006211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:18:12 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 15020122 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2026 01:17:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

District/off: 0313-2      User: admin      Page 2 of 3

Date Rcvd: May 28, 2026      Form ID: pdf900      Total Noticed: 28

| | | | |
|---|---|---|---|
| 15006213 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 29 2026 01:14:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15006214 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 29 2026 01:14:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15142807 | ^ MEBN | May 29 2026 01:13:13 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 15012994 | + Email/Text: bankruptcyteam@rocketmortgage.com | May 29 2026 01:14:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15132817 | + Email/Text: ecfbnc@aldridgepite.com | May 29 2026 01:14:00 | Rocket Mortgage, LLC., Shawn Miller, Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 15016822 | Email/Text: bankruptcy@springoakscapital.com | May 29 2026 01:14:00 | SPRING OAKS CAPITAL SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 15006215 | Email/Text: bankruptcy@springoakscapital.com | May 29 2026 01:14:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 15006216 | Email/Text: bankruptcy@springoakscapital.com | May 29 2026 01:14:00 | Spring Oaks Capital, Llc, P.o. Box 1216, Chesapeake, VA 23327 |
| 15006218 | + Email/Text: bkelectronicnotices@usaa.com | May 29 2026 01:14:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 15006217 | + Email/Text: bkelectronicnotices@usaa.com | May 29 2026 01:14:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 15029771 | + Email/Text: RASEBN@raslg.com | May 29 2026 01:14:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15006219 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | May 29 2026 01:18:12 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 15006220 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | May 29 2026 01:17:41 | Wells Fargo Bank NA, Po Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026      Signature:      /s/Gustava Winters

District/off: 0313-2                                    User: admin                                          Page 3 of 3
Date Rcvd: May 28, 2026                              Form ID: pdf900                                  Total Noticed: 28

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Glenn Bauder support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  GLENN BAUDER                                   :           **Chapter 13**
                                                                  :
                    Debtor                                        :           **Bky. No. 25-11814DJB**

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Ken West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Any wage orders previously entered are **VACATED**.

3.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5.  **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6.  If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **May 28, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**