United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-11814-djb

Glenn Bauder                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glenn Bauder, 901 Main Avenue, Croydon, PA 19021-6155 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor Rocket Mortgage  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Glenn Bauder support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| STEVEN K. EISENBERG | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 01, 2026                       Form ID: pdf900                                Total Noticed: 1

United States Trustee

           USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   GLENN E. BAUDER                    :    CHAPTER 13

        Debtor                              :    BANKRUPTCY NO. 25-11814DJB

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the Applicant's

certification of no response,

It is hereby **ORDERED** that:

1.  The Application is **GRANTED.**

2.  Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,500.00**

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

    administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b)

    and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$2,000.00** which

    was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the

    terms of the confirmed chapter 13 plan.

Date: **June 30, 2026** _____

                                 _____
                                 **DEREK J. BAKER**
                                 **U.S. BANKRUPTCY JUDGE**